IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 4:14CR40008-001 |
| ) | |
| ONECIMO MORA-MACEDO ) | |

### FINAL ORDER OF FORFEITURE

On March 14, 2014, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 5). In the Preliminary Order of Forfeiture, $280.00 in United States Currency, $9,023.00 in United States Currency, a Savage Arms 12 gauge shotgun, serial number 566312, and a Excam .25 caliber pistol serial number obliterated were forfeited to the United States pursuant to 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On April 18, 2014, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on March 14, 2014, shall become final at this time.

IT IS SO ORDERED this 28th day of October, 2014.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 28 2014
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK